# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : STANDING ORDER NO 19-5 |
| | : |
| PROCEDURES FOR THE DIRECT | : |
| ASSIGNMENT TO MAGISTRATE | : |
| JUDGES OF CERTAIN CIVIL | : |
| PROCEEDINGS | : |

## ORDER

**IT IS HEREBY ORDERED THAT** Magistrate Judges shall now receive on direct assignment, all Non-Prisoner *Pro Se* cases, all Social Security cases, and 20 percent of all Prisoner cases.

Upon the filing of a civil action eligible for direct assignment to a Magistrate Judge, the Clerk of Court shall review the case type, and at the appropriate time in the progress of the case, send to all case participants, a "Consent to the Exercise of Jurisdiction by a United States Magistrate Judge In Direct Assignment Cases" form ("Consent Form"). Unless otherwise ordered, each party, including the plaintiff(s), shall complete and return the Consent Form no later than 30 days from the date the Consent Form is sent. It is acceptable for the signature line of the Consent Form to be signed by s/Attorney, or party name, or PDF signature stamp. *Pro Se* Parties or attorneys, whichever may apply, shall e-mail the Consent Form to consents@pamd.uscourts.gov or mail the Form to Clerk's Administrative

Assistant, Clerk's Office, U.S. District Court, P.O. Box 1148, Scranton, PA 18501-1148.

The assigned Magistrate Judge initially shall be responsible for all case management and scheduling activities and shall decide all non-dispositive pretrial and discovery matters. If all parties consent to the Magistrate Judge's exercise of jurisdiction, the case shall remain assigned to the Magistrate Judge for all purposes, including trial and entry of final judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. Appeal from a final judgment entered at a Magistrate Judge's direction may be taken to the appropriate United States Court of Appeals like any other judgment of this court.

Any party added to a civil action in which the parties have consented to the direct assignment of a Magistrate Judge shall be notified by the Clerk of Court of the obligation to complete and return the Consent Form. Consent to Magistrate Judge jurisdiction is strictly voluntary, and no adverse consequence shall result if consent is declined. If all parties, including added parties, do not consent, the identity of the parties withholding consent will not be communicated to any judicial officer. In the instance where the parties do not consent, the case will be randomly assigned to a District Judge, and the Magistrate Judge will be assigned a referral role and manage the case through the filing of a Report and Recommendation on dispositive motions.

This Standing Order does not preclude parties from consenting in other civil actions that are not directly assigned to a Magistrate Judge.

**SO ORDERED,**

BY THE COURT:

/s/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: *March 29, 2018*