# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN HARRIS FOR E.H., a minor, | |
| Plaintiff, | CIVIL ACTION NO. 3:22-cv-00248 |
| v. | (SAPORITO, M.J.) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

## ORDER

AND NOW, this 28th day of June, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. On its own motion, *sua sponte*, the court **CONDITIONALLY APPOINTS** pro bono counsel to represent the minor-claimant, E.H., in this action, pursuant to Rule 17(c)(2) of the Federal Rules of Civil Procedure;

2. The Clerk is directed to forward a copy of this order and the accompanying Memorandum to the *Pro Bono* Committee Chairman for the Middle District of Pennsylvania Chapter of the Federal Bar Association, **Michael A. O'Donnell, Esq., O'Donnell Law Offices, 267 Wyoming Avenue, Kingston, Pennsylvania 18704**, for the purpose of

- 2 -

obtaining *pro bono* counsel to represent the plaintiff; and

    3.    All filing obligations and other deadlines are **STAYED** for **ninety (90) days** while Attorney O'Donnell attempts to find counsel to represent the plaintiff.

    *s/Joseph F. Saporito, Jr.*
    JOSEPH F. SAPORITO, JR.
    United States Magistrate Judge